UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUAN CARLOS GIL,

        Plaintiff,

v.                          CASE NO. 1:16-cv-23149-FAM

BILLABONG HOLDINGS USA, INC. and
GSM (RETAIL), INC.,

        Defendants.
_____/

## DEFENDANTS' NOTICE OF SETTLEMENT

Defendants Billabong Holdings USA, Inc. and GSM (Retail), Inc. hereby give notice to the Court that Plaintiff's claims have been settled through informal settlement efforts by the parties' counsel. The parties will exchange final settlement documents, and expect to be in a position to file a request for dismissal of this action, with prejudice, within twenty-one (21) days. Dated this 3rd day of October, 2016.

                                          Respectfully submitted,

                                          */s/ Beth S. Joseph*
                                          Anne Marie Estevez
                                            Florida Bar No. 991694
                                            Email:  annemarie.estevez@morganlewis.com
                                         Beth S. Joseph
                                            Fla. Bar No. 0062952
                                            Email: beth.joseph@morganlewis.com
                                         Morgan, Lewis & Bockius LLP
                                         200 South Biscayne Boulevard
                                         Suite 5300
                                         Miami, FL 33131-2339
                                         Telephone: 305.415.3330
                                         Facsimile: 877.432.9652

                                         *Counsel for Defendants*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on October 3, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Beth S. Joseph*
Beth S. Joseph

## SERVICE LIST

Scott R. Dinin, Esquire
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida  33127
Tel:  786.431.1333
inbox@dininlaw.com

*Attorney for Plaintiff*