UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUAN CARLOS GIL,

          Plaintiff,

v.                                    CASE NO. 1:16-cv-23149-FAM

BILLABONG HOLDINGS USA, INC. and
GSM (RETAIL), INC.,

          Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Juan Carlos Gil and Defendants Billabong Holdings USA, Inc. and GSM (Retail), Inc. hereby stipulate to the dismissal with prejudice of all claims in this matter, with each party to bear his or its own respective costs and fees. The parties have settled through informal settlement efforts all of Plaintiff's claims related to the websites listed in Exhibit A and all related websites, mobile applications, and social media.

Dated this 27th day of October, 2016.

By: */s/ Scott R. Dinin*
Scott R. Dinin, Esquire
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, FL 33127
Tel: (786) 431-1333
inbox@dininlaw.com

*Counsel for Plaintiff*

By: */s/ Beth S. Joseph*
Anne Marie Estevez
 Florida Bar No. 991694
 Email:  annemarie.estevez@morganlewis.com
Beth S. Joseph
 Florida Bar No. 0062952
 E-Mail: beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone:  305.415.3330
Facsimile:  877.432.9652

*Counsel for Defendants*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on October 27, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Beth S. Joseph
Beth S. Joseph

## SERVICE LIST

Scott R. Dinin, Esquire
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida  33127
Tel:  786.431.1333
inbox@dininlaw.com

*Attorney for Plaintiff*